**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: January 26, 2024**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:23−bk−05289−RCT
Chapter 7

Heitor Alexandra Cesar−Barbosa

_____Debtor*_____/

### ORDER DENYING MOTION TO EXTEND TIME FOR CREDITORS MATTHEW NYTES AND ANNA NYTES TO OBJECT TO DISCHARGE AND TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY

THIS CASE came on for consideration, without hearing, of the Motion to Extend Time for Creditors Matthew Nytes and Anna Nytes to Object to Discharge and to File a Complaint to Determine Dischargability filed by Matthew and Anna Nytes , Doc. # 15 . After review, the Court determines that the motion is deficient as follows:

> Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.