# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISON

In re: HEITOR ALEXANDRA
CESAR-BARBOSA                                  CASE NO. 8:23-bk-05289-RCT

  Debtor.
_____/

## AMENDED MOTION TO EXTEND TIME FOR CREDITORS MATTHEW NYTES AND ANNA NYTES TO OBJECT TO DISCHARGE AND TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY

**NOTICE OF OPPORTUNITY TO**

**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 [and, if the moving party is not represented by an attorney, mail a copy to the moving party at (attorney Patricia E. Carbone, Esq., Carbone Law, P.A., 10421 Moss Park Road, Orlando, FL 32832)] within twenty-one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

   COME NOW CREDITORS, Matthew Nytes and Anna Nytes ("Movants"), and request an extension of time to file an objection to discharge and to file a complaint to determine dischargeability and state:

   1.   Under Federal Rule of Bankruptcy Procedure 4004(b)(1), the Bankruptcy Court may, upon motion and for cause, grant an extension of time for filing an objection to discharge. Similarly,

pursuant to Rule 4007(c) the Bankruptcy Court may, upon motion and for cause, grant an extension of time for filing a complaint to determine dischargeability.

2. The current deadline for the filing of an objection to discharge and for the filing of a complaint to determine dischargeability is February 20, 2024 [hereinafter the "filing deadline"]. ECF Doc. 5.

3. The Movants attended the Section 341 Meeting of Creditors on December 22, 2023. However, due to the time constraints of the meeting, the Movants were not able to ask the Debtor all of the intended questions regarding the Debtor's bankruptcy filing. At the conclusion of the Section 341 Meeting, the Chapter 7 Trustee, Nicole Cameron, instructed the Movants to take the Fed. R. Bankr. P. 2004 Examination [hereinafter "Rule 2004 Examination"] of the Debtor if the Movants had additional questions for the Debtor. In accordance with that instruction, the Movants are now seeking to conduct the Rule 2004 Examination to further question the Debtor.

4. Earlier this month, the undersigned counsel attempted to coordinate the date for the Rule 2004 Examination with counsel for the Debtor. However, due to scheduling conflicts, both counsels could not agree upon a date for the Rule 2004 Examination that is prior to the current filing deadline of February 20, 2024.

5. In the interim, counsel for the Debtor filed a Motion to Withdraw, ECF Doc. 14, and thus was unable to provide the undersigned counsel with a date for the Rule 2004 Examination.

6. The Movants request an extension of the filing deadline to April 22, 2024. An extension is appropriate because the additional time will allow Movants the opportunity to coordinate and conduct the Debtor's Rule 2004 Examination. Furthermore, the additional time will allow Movants to properly formulate their claims for the objection to discharge as well as for the complaint to determine dischargeability.

WHEREFORE, Movants request an extension of time until April 22, 2024, to file an objection to discharge and to file a complaint to determine dischargeability.

Dated:  January 26, 2024

Respectfully submitted,

**s/Patricia E. Carbone**
Patricia E. Carbone, Esq.
Florida Bar No.: 0068424
Carbone Law, P.A.
10421 Moss Park Road
Orlando, Florida 32832
Phone: (407) 790-8253
Fax:  (407) 214-4715
Email: patricia@carbonelawpa.com
*Attorney for Matthew Nytes and Anna Nytes*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to: Stephen J. Berlinsky, The Berlinsky Law Firm, P.A., P.O. Box 4119, Winter Haven, FL 33885 (863-409-7961); Trustee Nicole M. Cameron, Nicole M. Cameron, P.A., 235 Apollo Beach Boulevard, #231, Apollo Beach, FL 33572, United States Trustee – TPA 7/13, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602, and by U.S. Mail to Heitor Alexandra Cesar-Barbosa, 1456 Mattie Point Lane, Auburndale, Florida 33823 on this 26th day of January, 2024.

                                                   **s/Patricia E. Carbone**
Patricia E. Carbone, Esq.
Florida Bar No.: 0068424
Carbone Law, P.A.
10421 Moss Park Road
Orlando, Florida 32832
Phone: (407) 790-8253
Fax:  (407) 214-4715
Email: patricia@carbonelawpa.com
*Attorney for Matthew Nytes and Anna Nytes*