**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

HEITOR ALEXANDRA CESAR BARBOSA              Case No.: 8:23-bk-05289-RCT
                                            Chapter: 7

    Debtor(s).
_____/

**DEBTOR'S RESPONSE TO AMENDED MOTION TO EXTEND TIME FOR CREDITORS MATTHEW NYTES AND ANNA NYTES TO OBJECT TO DISCHARGE AND TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY &**
**REQUEST FOR SANCTIONS, ATTORNEY'S FEES, & DAMAGES FOR WILLFUL AND INTENTIONAL VIOLATION OF THE AUTOMATIC STAY**

    HEITOR ALEXANDRA CESAR BARBOSA, the Debtor, by and through the undersigned counsel, hereby files this *Debtor's Response to Amended Motion to Extend Time For Creditors Matthew Nytes and Anna Nytes to Object to Discharge and to File a Complaint to Determine Dischargeability & Request For Sanctions, Attorney's Fees, & Damages for Willful And Intentional Violation Of The Automatic Stay* and In support of this motion the Debtor states as follows:

1. Prior to filing this response, Ms. Carbone was emailed an offer for compromise but was non-responsive.

2. The Debtor filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code on November 22, 2023.

3. The 341 Meeting of Creditors was scheduled for December 22, 2023.

4. On 12/17/23, Prior to the 341 Meeting, creditor Anna Nytes emailed both Debtor's then Counsel as well as the Trustee the following, "Hello Mr. Berlinsky and Ms. Cameron; I am in receipt of your Notice of Chapter 7 Bankruptcy Case filed on behalf of Heitor Alexandre Cesar Barbosa. I will be present for the Meeting of Creditors hearing on Friday, December 22, 2023, at 10:00am. Mr. Barbosa's attempt to seek to discharge his debt to my husband, Matthew, and I is in direct violation of the Confidential Settlement Agreement executed on August 19, 2022, in which Mr. Barbosa agreed "HEITOR BARBOSA further agrees not to seek to discharge in bankruptcy his debt owed too MATTHEW NYTES AND ANNA NYTES, his spouse, arising from this settlement." I have attached this settlement agreement here for your reference. Mr. Barbosa was represented by Counsel at this mediation and was in no way forced, coerced, threatened, or intimidated into agreement of these terms. It is our position this mediation agreement exempts Mr. Barbosa's debt to my husband and myself from any other relief contemplated under this Chapter 7 Bankruptcy filing. As such, I fully intend to defend our rights under this contractual agreement. Further, I will seek all legal remedies

available for Mr. Barbosa's breach of contract for his attempt to seek to discharge this debt. As a creditor, I look forward to the opportunity to question Mr. Barbosa under oath at this Meeting of Creditors hearing on Friday. Please do not hesitate to contact me should you have any questions or require further clarification as to this contract. [Exhibit A]

5. On 12/18/23, Anna Nytes wrote, "Hello Mr. Berlinsky, Please forward Mr. Barbosa's Petition and all supporting financial statements." [Exhibit A]

6. Mr. Berlinsky replied, "Ms. Nytes: I am not your attorney and am not under any obligation to provide you with documentation. If you wish a copy of the petition, PACER is a public access system, and you may register to use it for the purpose of viewing documents." [Exhibit A]

7. Anna Nytes then replied, "Mr. Berlinsky, If you don't wish to extend the courtesy of providing Mr. Barbosa's petition and financial statements to his creditor ahead of the meeting of creditors hearing, that is fine. *I have worked in the legal field for 23 years* and have access to PACER. *Please be advised, I have notified Mr. Barbosa's Geico attorney of his intent to violate the terms of our agreement. She is aware if he chooses to proceed, I will not only notify the DOJ of Mr. Barbosa's bankruptcy fraud, I will also file a breach of contract lawsuit in State Court."* Thank you, and I look forward to questioning Mr. Barbosa under oath on Friday. [Exhibit A]

8. Mr. Berlinsky replied, "You have to prove bankruptcy fraud, *chose your words carefully*. I don't believe there is any evidence of Bankruptcy Fraud between my client and any of his creditors including you and your husband. [Exhibit B]

9. Throughout the above correspondence by Anna Nytes, there are accusations, legal conclusions, and threats against the debtor in clear violation of the Automatic Stay, when Anna Nytes states, "I will seek all legal remedies available for Mr. Barbosa's breach of contract for his attempt to seek to discharge this debt," and, "I have notified Mr. Barbosa's Geico attorney of his intent to violate the terms of our agreement. She is aware if he chooses to proceed, I will not only notify the DOJ of Mr. Barbosa's bankruptcy fraud, I will also file a breach of contract lawsuit in State Court."

10. Anna Nytes even threatens the debtor's liberty by threatening to report him to the Department of Justice. As a learned paralegal of 23 years, she should have known better and should be held to a higher standard which she clearly failed to meet.

11. At the 341 Meeting, attorney Patricia Carbone appeared on behalf of Mr. and Mrs. Nytes. Pursuant to Debtor's recounting of the questions Ms. Carbone asked at the 341 hearing, our office obtained a copy of the audio recording to

verify the veracity of his statements. After reviewing the audio file, it is our position that Ms. Carbone was on a fishing expedition. An example of some of the questions includes:

    (a) Questions about furniture and video games.

    (b) Questions about professional licenses the Debtor has held.

    (c) Questions regarding retirement accounts.

    (d) Question where Ms. Carbone accuses debtor of having a joint bank account with his girlfriend, only to discover it was the Debtor's mother not girlfriend.

    (e) Question as to whether the Debtor had purchased gifts for his girlfriend only to discover the only gift had been a mere towel bar.

    (f) Question as to Debtor contributing towards girlfriend' house purchase only to discover the amount to be a mere $200.00.

12. Not only were these questions irrelevant to any potential fraud claim, but they revealed no concerning activity by the debtor whatsoever. The Trustee ended the meeting by stating that Ms. Carbone had, "Gone off on a tangent."

13. Ms. Carbone wasted 15 minutes with irrelevant questions, and made no reference to her own client's claim, the settlement agreement. [Exhibit C]

14. The settlement agreement at the heart of the Nytes' claim of supposed fraud is nothing more than a standard agreement with an unenforceable anti-bankruptcy clause.

15. In Anna Nytes own words, based on 23 years' experience as a paralegal, the Debtor's actions are a "breach of contract." While that isn't likely fully accurate, it falls far short of fraud. Debtor made a significant number of payments towards the settlement before realizing he could never keep up with the payments. The payments themselves show the debtor's attempt to conform with the settlement. Thus, intent to defraud is lacking on the face of the facts.

16. After the 341, Ms. Carbone attempted to schedule a 2004 deposition with Mr. Berlinsky. They could not agree on a date and eventually Mr. Berlinsky withdrew from the case.

17. Debtor contacted our office for a second opinion.

18. Our office advised Ms. Carbone that she had no facts which supported fraud and any further action against the Debtor would be contested.

19. Finally, on January 26, 2024, Ms. Carbone filed the instant motion to extend with almost a full month remaining before the deadline.

20. The actions by Ms. Carbone and her client are nothing less than vindictive and frivolous. There is no basis for an extension, and not being able to agree on a date for the 2004, with over a month before the deadline, does not meet the "cause" necessary for an extension.

21. Ms. Carbone already wasted the court's time when not asking a single relevant question at the 341. Ms. Carbone's insistence on pushing the matter is frivolous and likely at the behest of her client, whose tone in her email messages to Debtor's counsel and the Trustee, were clearly aggressive and vindictive. Further, the threats made against the debtor, and shared with outside counsel, are willful and wanton violations of the Automatic Stay. Ms. Carbone should know better, and so should her client, with her 23 years' experience as a paralegal. They should both be held to a higher standard.

22. As such, we ask the court to grant sanctions for the frivolous actions of Ms. Carbone and Anna Nytes, we also seek damages for willful and wanton violations of the automatic stay, including attorney's fees in the amount of $3,500.00, damages for emotional distress, and punitive damages as the court sees fit.

WHEREFORE, Debtor requests that this honorable court render judgment on the face of the pleadings, and:

(a) DENY the *AMENDED MOTION TO EXTEND TIME FOR CREDITORS MATTHEW NYTES AND ANNA NYTES TO OBJECT TO DISCHARGE AND TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY*;

(b) ORDER *SANCTIONS FOR THE FRIVOLOUS ACTIONS OF MS. CARBONE AND ANNA NYTES, AND DAMAGES FOR WILLFUL AND WANTON VIOLATIONS OF THE AUTOMATIC STAY, INCLUDING ATTORNEY'S FEES IN THE AMOUNT OF $3,500.00, DAMAGES FOR EMOTIONAL DISTRESS, AND PUNITIVE DAMAGES AS THE COURT SEES FIT*; and

(c) for any other relief that this honorable court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF System to Patricia Carbone, Esq., the U.S. Trustee, and Nicole Cameron, Trustee on this 19th day of February, 2024.

/s/ Jay M. Weller
Jay M. Weller, Esquire
FBN: 985856
25400 US Hwy 19 North Ste. 245
Clearwater, FL 33764
Telephone: 727.539.7701
Facsimile: 727.524.3850
Email: jweller@wellerlegalgroup.com

# EXHIBIT A

**Friday, February 16, 2024 at 17:05:10 Eastern Standard Time**

**Subject:** FW: Heitor Alexandre Cesar Barbosa - 8:23-bk-05289-RCT
**Date:** Tuesday, February 6, 2024 at 9:36:52 AM Eastern Standard Time
**From:** Stephen Berlinsky
**To:** Robert Pereda

**From:** abnytes <abnytes@gmail.com>
**Sent:** Monday, December 18, 2023 7:04 PM
**To:** Stephen Berlinsky <sjb.winterhaven@gmail.com>
**Cc:** 'Trustee' <ncameron@law-cameron.com>
**Subject:** RE: Heitor Alexandre Cesar Barbosa - 8:23-bk-05289-RCT

Mr. Berlinsky,
If you don't wish to extend the courtesy of providing Mr. Barbosa's petition and financial statements to his creditor ahead of the meeting of creditors hearing, that is fine. I have worked in the legal field for 23 years and have access to PACER.
Please be advised, I have notified Mr. Barbosa's Geico attorney of his intent to violate the terms of our agreement. She is aware if he chooses to proceed, I will not only notify the DOJ of Mr. Barbosa's bankruptcy fraud, I will also file a breach of contract lawsuit in State Court.

Thank you, and I look forward to questioning Mr. Barbosa under oath on Friday.

Sincerely,
Anna Nytes
C: 407.454.3052


Sent from my T-Mobile 5G Device


-------- Original message --------
From: Stephen Berlinsky <sjb.winterhaven@gmail.com>
Date: 12/18/23 5:31 PM (GMT-05:00)
To: 'Anna Nytes' <abnytes@gmail.com>
Cc: 'Trustee' <ncameron@law-cameron.com>
Subject: RE: Heitor Alexandre Cesar Barbosa - 8:23-bk-05289-RCT

Ms. Nytes:  I am not your attorney and am not under any obligation to provide you with documentation. If you wish a copy of the petition, PACER is a public access system and you may register to use it for the purpose of viewing documents.

Stephen J. Berlinsky, Attorney
The Berlinsky Law Firm, PA
501 Avenue S, N.W. , Winter Haven, FL 33881 (LOCATION OF OFFICE)

P O Box 4119, Winter Haven, Fl 33885 (MAILING ADDRESS)
Office: 863-409-7961
Fax:     (866) 561-4996

21 S. 2nd Street, Haines City, Fl 33844
Document Dropbox available at rear of building

NOTICE: This e-mail message and any attachment to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 863-409-7961  and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

**From:** Anna Nytes <abnytes@gmail.com>
**Sent:** Monday, December 18, 2023 1:38 PM
**To:** Stephen Berlinsky <sjb.winterhaven@gmail.com>
**Cc:** Trustee <ncameron@law-cameron.com>
**Subject:** Re: Heitor Alexandre Cesar Barbosa - 8:23-bk-05289-RCT

Hello Mr. Berlinsky,

Please forward Mr. Barbosa's Petition and all supporting financial statements.

Thank you,
Anna Nytes
C: 407.454.3052

On Sun, Dec 17, 2023 at 2:34 PM Stephen Berlinsky <sjb.winterhaven@gmail.com> wrote:

> Thank you for your email.  You might want to seek legal representation for the creditors meeting
>
> On Sun, Dec 17, 2023, 12:47 PM Anna Nytes <abnytes@gmail.com> wrote:
>
>> Hello Mr. Berlinsky and Ms. Cameron;
>>
>> I am in receipt of your Notice of Chapter 7 Bankruptcy Case filed on behalf of Heitor Alexandre Cesar Barbosa.
>> I will be present for the Meeting of Creditors hearing on Friday, December 22, 2023, at 10:00am. Mr. Barbosa's attempt to seek to discharge his debt to my husband, Matthew, and I is in direct violation of the Confidential Settlement Agreement executed on August 19, 2022, in which Mr. Barbosa agreed "***HEITOR BARBOSA further agrees not to seek to discharge in bankruptcy his debt owed to MATTHEW NYTES AND ANNA NYTES, his spouse, arising from this settlement.***" I have attached this settlement agreement here for your reference. Mr. Barbosa was represented by Counsel at this mediation and was in no way forced, coerced, threatened or intimidated into agreement of these terms.
>> It is our position this mediation agreement exempts Mr. Barbosa's debt to my husband and myself

2 of 3

from any other relief contemplated under this Chapter 7 Bankruptcy filing. As such, I fully intend to defend our rights under this contractual agreement. Further, I will seek all legal remedies available for Mr. Barbosa's breach of contract for his attempt to seek to discharge this debt.

As a creditor, I look forward to the opportunity to question Mr. Barbosa under oath at this Meeting of Creditors hearing on Friday.

Please do not hesitate to contact me should you have any questions or require further clarifications as to this contract.

Thank you,
Anna Nytes
C: 407.454.3052

Thank you,

Anna Nytes

C: 407.454.3052

---

**Stephen Ber...** Dec 18, 2023
to abnytes, Trustee

You have to prove bankruptcy fraud, chose your words carefully. I don't believe there is any evidence of Bankruptcy Fraud between my client and any of his creditors including you and your husband.

Stephen J. Berlinsky, Attorney

The Berlinsky Law Firm, PA

501 Avenue S, N.W. , Winter Haven, FL 33881 (LOCATION OF OFFICE)

P O Box 4119, Winter Haven, Fl 33885 (MAILING ADDRESS)

Office: 863-409-7961

Fax:     (866) 561-4996

21 S. 2nd Street, Haines City, Fl 33844

Document Dropbox available at rear of building

# EXHIBIT C

## CONFIDENTIAL SETTLEMENT AGREEMENT
## CLAIM #: 0643 2977 6000 0003

This case having been mediated today, August 19, 2022, is settled as follows, and GEICO General Insurance Company hereby agrees to pay the following bodily injury settlements:

1. **Payment of $10,000.00 by GEICO of HEITOR BARBOSA'S bodily injury coverage limits upon notification from MATTHEW NYTES AND ANNA NYTES, his spouse, regarding resolution of the charging lien for attorney's fees and costs from Michael J. Damaso, Esq., dated February 5, 2021;**

2. **Payments of $150.00 a month by HEITOR BARBOSA to MATTHEW NYTES AND ANNA NYTES, his spouse, for forty (40) years starting September 15, 2022. HEITOR BARBOSA's $150.00 payment amounts to MATTHEW NYTES AND ANNA NYTES, his spouse, will be reevaluated every five (5) years. The monthly payment amount will be adjusted in an amount equal to 1/12 of 5.0% of the amount of HEITOR BARBOSA's base salary increase at that time. The total amount paid shall not exceed $150,000.00. Payments are to be made via Zelle to phone number, 407-694-5930, on the 15th day of each month, with a five (5) day grace period and notice given by HEITOR BARBOSA to MATTHEW NYTES AND ANNA NYTES, his spouse.**

in exchange for execution of a mutually agreeable release in favor of **HEITOR BARBOSA**, for any and all bodily injury and derivative claims of **MATTHEW NYTES AND ANNA NYTES, his spouse**, arising from the motor vehicle accident of October 28, 2020, which will follow under separate cover.

**HEITOR BARBOSA** agrees to provide a letter of apology to the daughter of **MATTHEW NYTES AND ANNA NYTES, his spouse**, through his counsel, which is to be provided within fifteen (15) days of receipt of the letter **MATTHEW NYTES AND ANNA NYTES**, his spouse, advised would be sent to **HEITOR BARBOSA**'s counsel after today's mediation. **HEITOR BARBOSA's** letter of apology, along with the letter from the daughter of **MATTHEW NYTES AND ANNA NYTES, his spouse**, shall remain confidential and shall not be shared with anyone or published in any form, written or electronic.

**HEITOR BARBOSA** further agrees not to seek to discharge in bankruptcy his debt owed to **MATTHEW NYTES AND ANNA NYTES, his spouse**, arising from this settlement.

**MATTHEW NYTES AND ANNA NYTES, his spouse**, agree to satisfy all valid liens, and all parties bear their own fees and costs, except that GEICO will pay the mediation fee.

All parties to this Confidential Settlement Agreement have agreed that the amount and terms and conditions of this Confidential Settlement Agreement are strictly confidential. No portion of the Settlement Amount represents consideration for the mutual promise to maintain

strict confidentiality of all the terms of this agreement. Rather, the parties expressly agree that each other's reciprocal confidentiality covenant is the sole consideration given in exchange for that of the other. As part of the terms of said settlement, the parties and their counsel agree from this date forward never to disclose, or cause to be disclosed, the amount of this settlement to anyone, except for and counsel of **MATTHEW NYTES AND ANNA NYTES, his spouse**, or as necessary for tax preparers or by court order, and **MATTHEW NYTES AND ANNA NYTES, his spouse**, will not publish in any form, written or electronic, including, but not limited to, any member of the press or public media, any social networking site or other electronic media, or to anyone at all in any form, nor to mention the name of **HEITOR BARBOSA** in conjunction with the Incident which is the subject of this Confidential Settlement Agreement, except for communication with Michael J. Damaso, Esq., Equitable Financial Life Insurance, and **MATTHEW NYTES'** health insurance lien holders regarding outstanding liens. However, nothing contained herein shall interfere with either party's obligation to testify truthfully in response to a valid subpoena issued by a state or federal court or governmental agency or to cooperate fully in any investigation conducted by any governmental agency or maritime authority. Violation of this paragraph shall constitute a breach of this Confidential Settlement Agreement between the parties. In the event that disclosure is required by court order, the parties are under an obligation to request that the disclosure be limited and any documents containing the amount of settlement be thereafter sealed. This confidentiality clause set forth herein is done for the sole benefit of the **HEITOR BARBOSA** at his request and their desire for confidentiality of this Confidential Settlement Agreement.

This Confidentiality Agreement expresses the entire understanding between the parties and their attorneys with respect to the subject matter herein and may not be changed, modified, or terminated. If any provision of this Confidential Settlement Agreement is adjudged to be void or unenforceable, same shall not affect the validity of this Confidential Settlement Agreement or of any other provision herein.

_____  Date: 8/19/22
Matthew Nytes
Phone number: 407-694-5930 / Email Address: mnytes@aol.com

_____  Date: 08/19/2022
Anna Nytes, Spouse of Matthew Nytes
Phone number: 407-404-3160 Email Address: anytes@gmail.com

_____  Date: 8/19/22
Danielle Capitini, Esq.
Attorney for Heitor Barbosa
Phone number: 201-291-9444 / Email Address: DCC@KUBICKIDRAPER.COM

_____  Date: 08/19/22
Heitor Barbosa
Phone number: 201-875-3550 / Email Address: heitor.barbosa15@gmail.com

_____  Date: 8/25/22
Paula Phillips, Representative of GEICO