UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON
www.flmb.uscourts.gov

In re: HEITOR ALEXANDRA
CESAR-BARBOSA                                CASE NO. 8:23-bk-05289-RCT
                                             Chapter 7

    Debtor.
_____/

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Judge Roberta A. Colton will conduct a preliminary hearing in this case on March 26, 2024, at 9:30 a.m. The hearing will take place in Courtroom 8A of the United States Bankruptcy Court, located at 801 North Florida Avenue, Tampa, Florida, 33602 on the following matter:

    Amended Motion to Extend Time to Object to Discharge or to Determine Dischargeability of a Debt (Doc. No. 17)

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: February 22, 2024        Respectfully submitted,

                          **s/Patricia E. Carbone**
                          Patricia E. Carbone, Esq.
                          Florida Bar No.: 0068424
                          Carbone Law, P.A.
                          10421 Moss Park Road
                          Orlando, Florida 32832
                          Phone: (407) 790-8253
                          Fax:  (407) 214-4715
                          Email: patricia@carbonelawpa.com
                          *Attorney for Matthew Nytes and Anna Nytes*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2024 a true and correct copy of the foregoing Notice was served via U.S. First Class Mail or electronic transmission to: Jay M. Weller, Esq., 25400 US Hwy 19 North Ste. 245, Clearwater, Florida, 33764; Trustee Nicole M. Cameron, Nicole M. Cameron, P.A., 235 Apollo Beach Boulevard, #231, Apollo Beach, FL 33572, and the United States Trustee – TPA 7/13, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602.

s/Patricia E. Carbone
Patricia E. Carbone, Esq.
Florida Bar No.: 0068424
Carbone Law, P.A.
10421 Moss Park Road
Orlando, Florida 32832
Phone: (407) 790-8253
Fax:  (407) 214-4715
Email: patricia@carbonelawpa.com
*Attorney for Matthew Nytes and Anna Nytes*